# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MIRIAM GRUSSGOTT,

          Plaintiff,

v.

MILWAUKEE JEWISH DAY SCHOOL INC.,

          Defendant.

Case No. 16-CV-1245-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Docket #12) be and the same is hereby **GRANTED**; and

        **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*

May 30, 2017
Date

By: Deputy Clerk